**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OLGA MENDEZ BARRIOS and JENY G. SANCHEZ,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>GARY OZAWA dba OGIKU CORPORATION;<br>KUNIKO OZAWA dba OGIKU<br>CORPORATION; OGIKU CORPORATION,<br><br>　　　　　　　Defendants. | Case No.: 13-CV-01801-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

　　　The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for December 18, 2013, at 2:00 p.m., as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, December 16, 2013, at 12:00 p.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: December 12, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 13-CV-01801-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT